**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel J. Wagner, | ) No. CV 05-199-PHX-EHC (ECV) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Maricopa County, et al., | ) |
| Defendants. | ) |

Defendant Arpaio's Motion to Dismiss (Doc. #11) is now ready for the Court's consideration.

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge for Defendant Arpaio's Motion to Dismiss (Doc. #11). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 13th day of October, 2005.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge